1  GIBSON, DUNN & CRUTCHER LLP
   KRISTIN A. LINSLEY, SBN 154148
2  klinsley@gibsondunn.com
   JOSEPH C. HANSEN, SBN 275147
3  jhansen@gibsondunn.com
   555 Mission Street, Suite 3000
4  San Francisco, CA 94105-0921
   Telephone:  415.393.8200
5  Facsimile:  415.393.8306

6  *Attorneys for Defendant*
   FACEBOOK, INC.

7

8

9

10                     UNITED STATES DISTRICT COURT

11          NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

12

13 | KIMBERLY COPELAND, individually and on behalf of the Estate of SEAN COPELAND and on behalf of the Estate of BRODIE COPELAND, | CASE NO.  3:17-CV-05851-WHO |
14 | | **NOTICE OF CHANGE IN COUNSEL FOR DEFENDANT FACEBOOK, INC.** |
15 | | |
16 | Plaintiffs, | |
17 | v. | |
18 | TWITTER, INC., GOOGLE, INC., and FACEBOOK, INC., | |
19 | | |
20 | Defendants. | |

NOTICE OF CHANGE IN COUNSEL FOR DEFENDANT FACEBOOK, INC.; CASE NO. 3:17-CV-05851-WHO

Gibson, Dunn & Crutcher LLP

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that attorney Ryan P. McGinley-Stempel (SBN 296182) is no longer counsel for Defendant Facebook, Inc. ("Facebook") in the above-captioned case, as he will no longer be associated with the law firm of Gibson, Dunn & Crutcher LLP as of April 6, 2018. Gibson, Dunn & Crutcher LLP will continue to represent Facebook in this matter.

Dated:  April 6, 2018

GIBSON, DUNN & CRUTCHER LLP

By:   /s/ Kristin A. Linsley

Kristin A. Linsley
Joseph C. Hansen

*Attorneys for Defendant*
FACEBOOK, INC.