KEITH ALTMAN (CA SBN 257309)
kaltman@lawampmmt.com
SOLOMON RADNER (*pro hac vice* to be
applied for)
sradner@1800lawfirm.com
EXCOLO LAW, PLLC
26700 Lahser Road, Suite 401
Southfield, MI 48033
Telephone: (516) 456-5885

ARI KRESCH (*pro hac vice* to be applied for)
akresch@1800lawfirm.com
1-800-LAW-FIRM, PLLC
26700 Lahser Road, Suite 401
Southfield, MI 48033
Telephone: (800) 529-3476

*Attorneys for Plaintiff*

DAVID H. KRAMER (CA SBN 168452)
dkramer@wsgr.com
LAUREN GALLO WHITE (CA SBN 309075)
lwhite@wsgr.com
KELLY M. KNOLL (CA SBN 305579)
kknoll@wsgr.com
WILSON SONSINI
   GOODRICH & ROSATI, P.C.
650 Page Mill Road
Palo Alto, California 94304
Telephone:    (650) 493-9300
Facsimile:     (650) 565-5100

*Attorneys for Defendant*
**GOOGLE LLC**

SETH P. WAXMAN (*pro hac vice*)
seth.waxman@wilmerhale.com
PATRICK J. CAROME (*pro hac vice*)
patrick.carome@wilmerhale.com
ARI HOLTZBLATT (*pro hac vice*)
ari.holtzblatt@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

MARK D. FLANAGAN (CA SBN 130303)
mark.flanagan@wilmerhale.com
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Defendant*
**TWITTER, INC.**

KRISTIN A. LINSLEY (CA SBN 154148)
klinsley@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA  94105-0921
Telephone:    (415) 393-8200
Facsimile:     (415) 393-8306

*Attorney for Defendant*
**FACEBOOK, INC.**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| KIM COPELAND, et al., <br><br>      Plaintiffs, <br><br>    v. <br><br> TWITTER, INC., GOOGLE LLC, and FACEBOOK INC., <br><br>      Defendants. | Case No. 3:17-CV-05851-WHO <br><br> **STIPULATION AND SCHEDULING ORDER** <br><br> Current Hearing Date: 2:00, Aug. 15, 2018 <br> Proposed Hearing Date: 2:00, Sept. 5, 2018 <br> Place:     Courtroom 2, 17th Floor <br> Judge:    Hon. William H. Orrick |

Pursuant to Civil Local Rules 6-2(a) and 7-12, the parties, by and through their respective undersigned counsel of record, submit the following stipulation and proposed order:

WHEREAS, on July 2, 2018, Defendants filed their combined Motion to Dismiss the First Amended Complaint ("FAC"), noticed for hearing on August 15, 2018 at 2:00 pm;

WHEREAS, Plaintiffs' opposition to the MTD currently is due on or before July 16, 2018, and Defendant's reply is due on or before July 23, 2018;

WHEREAS, Plaintiffs have asked Defendants to agree to an extension of time to respond to Defendant's motion to dismiss the FAC in light of a number of complex issues raised in Defendant's motion to dismiss the FAC that will require careful research by Plaintiffs in preparing their response;

WHEREAS, Plaintiffs' counsel was involved in a serious automobile accident on June 24, 2018, which has altered his ability to meet the current deadline;

WHEREAS, the parties have met and conferred over the requested extension and negotiated and agreed to the briefing schedule set forth below, which provides: (1) Plaintiffs to and including July 25, 2018 to file their opposition to the motion to dismiss the FAC, and (2) Defendants to and including August 20, 2018 to file their reply in support of their motion to dismiss the FAC;

WHEREAS, the agreed schedule is designed to accommodate various counsels' scheduled travel over the summer;

WHEREAS, the agreed schedule will alter the date of the hearing that is currently set for August 16, 2018.  The parties propose that the hearing be reset for September 5, 2018 at 2:00 pm.

WHEREAS, no other extensions of time have been granted concerning the instant motion to dismiss the FAC;

ATTACHED as exhibit "A" to this stipulation is the declaration of Keith Altman, Esq. in support of the stipulation.

NOW THEREFORE, the parties hereby agree and stipulate to the following schedule:

1.  Plaintiffs' opposition to Defendants' motion to dismiss the FAC shall be filed on or before July 25, 2018.

2. Defendants' reply in support of its motion to dismiss shall be filed on or before August 20, 2018.

3. The hearing on the motion to dismiss shall be reset to September 5, 2018 at 2:00 pm.

Dated: July 10, 2018                                    Respectfully Submitted,

  /s/ Keith Altman                                         /s/ Patrick J. Carome
KEITH ALTMAN (CA SBN 257309)           SETH P. WAXMAN (*pro hac vice*)
kaltman@lawampmmt.com                          seth.waxman@wilmerhale.com
SOLOMON RADNER (*pro hac vice* to be      PATRICK J. CAROME (*pro hac vice*)
applied for)                                              patrick.carome@wilmerhale.com
sradner@1800lawfirm.com                          ARI HOLTZBLATT (*pro hac vice*)
EXCOLO LAW, PLLC                                ari.holtzblatt@wilmerhale.com
26700 Lahser Road, Suite 401                     WILMER CUTLER PICKERING
Southfield, MI 48033                                    HALE AND DORR LLP
Telephone:  (516) 456-5885                        1875 Pennsylvania Avenue, NW
                                                              Washington, D.C. 20006
ARI KRESCH (*pro hac vice* to be applied for)   Telephone:  (202) 663-6000
akresch@1800lawfirm.com                         Facsimile:  (202) 663-6363
1-800-LAW-FIRM, PLLC
26700 Lahser Road, Suite 401                     MARK D. FLANAGAN (CA SBN 130303)
Southfield, MI 48033                                   mark.flanagan@wilmerhale.com
Telephone:  (800) 529-3476                       950 Page Mill Road
                                                              Palo Alto, CA 94304
                                                              Telephone: (650) 858-6000
***Attorneys for Plaintiff***                          Facsimile: (650) 858-6100

  /s/ Lauren Gallo White
DAVID H. KRAMER (CA SBN 168452)        ***Attorneys for Defendant***
dkramer@wsgr.com                                 ***TWITTER, INC.***
LAUREN GALLO WHITE (CA SBN 309075)
lwhite@wsgr.com                                      /s/ Kristin A. Linsley
KELLY M. KNOLL (CA SBN 305579)          KRISTIN A. LINSLEY (CA SBN 154148)
kknoll@wsgr.com                                    klinsley@gibsondunn.com
WILSON SONSINI                                   GIBSON, DUNN & CRUTCHER LLP
   GOODRICH & ROSATI, P.C.                   555 Mission Street, Suite 3000
650 Page Mill Road                                  San Francisco, CA  94105-0921
Palo Alto, California  94304                        Telephone:  (415) 393-8200
Telephone:     (650) 493-9300                    Facsimile:     (415) 393-8306
Facsimile:     (650) 565-5100
                                                              ***Attorney for Defendant***
***Attorneys for Defendant***                       ***FACEBOOK, INC.***
***GOOGLE LLC***

Counsel's Stipulation is adopted with the modification that hearing will be set on

September 12, 2018 at 2:00 p.m.

Dated: July 12, 2018

_____
Honorable William H. Orrick
United States District Judge